ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA** | ) | **IN THE COURT OF COMMON PLEAS** |
| | ) | **THE ELEVENTH JUDICIAL CIRCUIT** |
| **COUNTY OF MCCORMICK** | ) | **CASE NO.: _____** |

| | | |
|---|---|---|
| | ) | |
| **GERALYN NICHOLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **SUMMONS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRUIST BANK and EQUIFAX** | ) | |
| **INFORMATION SERVICES,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**TO:    THE DEFENDANTS NAMED ABOVE**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscriber at its office, 180 Maiden Lane, 27th Floor, New York, New York 10038, within thirty (30) days after the service hereof, exclusive of the day of such service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**[ATTORNEY SIGNATURE LOCATED ON FOLLOWING PAGE]**



ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

Dated: October 28, 2024

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: _/s/ John D. Harrell, Sr., Esquire_
John D. Harrell, Sr., Esquire
SC Bar No.: 15789
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (866) 249-1137
Fax: (212) 412-9005
Email: John.H@gitmeidlaw.com
*Counsel for Plaintiff Geralyn Nichols*

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA** | ) | **IN THE COURT OF COMMON PLEAS** |
| | ) | **THE ELEVENTH JUDICIAL CIRCUIT** |
| **COUNTY OF MCCORMICK** | ) | **CASE NO.: _____** |
| | ) | |
| | ) | |
| **GERALYN NICHOLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **COMPLAINT** |
| | ) | **(Jury Trial Demanded)** |
| **v.** | ) | |
| | ) | |
| **TRUIST BANK and EQUIFAX** | ) | |
| **INFORMATION SERVICES,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiff Geralyn Nichols (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, complaining of the Defendants herein, Truist Bank (hereinafter "Truist") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers and consumer reporting agencies (hereinafter "CRAs" or "CRA") from falsely and inaccurately reporting consumers' credit information.

## **PARTIES**

2. That the parties hereto, the subject matter thereof, and all of the matters and things hereinafter alleged are within the Jurisdiction of this Honorable Court.

3. Plaintiff is an adult citizen of the State of South Carolina, domiciled in Clarks Hill, McCormick County, South Carolina.

4. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

5. Truist is a financial services company and "furnisher" of consumer credit information as defined in 15 U.S.C. § 1681s-2 of the FCRA.

6. Truist maintains its principal office in the State of North Carolina and conducts business within the State of South Carolina.

7. Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

8. Equifax maintains its principal office in the State of Georgia and conducts business within the State of South Carolina. Equifax is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

9. This Honorable Court has subject-matter jurisdiction over the claims in this matter pursuant to Article V, § 11 of the South Carolina Constitution and South Carolina Code § 14-5-10, *et seq.*

10. This Honorable Court has personal jurisdiction over the Defendants herein.

11. Venue is proper in this Honorable Court pursuant to South Carolina Code §§ 15-7-20 and 15-7-30 as, *inter alia*, the claims herein, or some part thereof, arose within McCormick County, South Carolina, and Plaintiff resides in McCormick County, South Carolina.

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**FACTUAL ALLEGATIONS**

12. Truist issued a credit account ending in 9001 to Plaintiff. This account was routinely reported on Plaintiff's consumer credit report.

13. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

14. On or about March 20, 2023, Plaintiff and Truist entered into a settlement agreement for the above-referenced account. A recording of the settlement agreement is available upon your request.

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $2,200.00 to settle and close her Truist account.

16. Plaintiff, via her debt settlement representative, timely made the requisite settlement payments. Proof of Plaintiff's payments are attached hereto as **Exhibit A**.

17. However, nearly a year later, Plaintiff's Truist account continued to be negatively reported.

18. In particular, on a requested credit report dated July 8, 2024, Plaintiff's Truist account was reported with a status of "Collection/Charge-off," a balance of

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

$5,259.00, and an amount past due of $5,259.00. The relevant portion of Plaintiff's July 2024 credit report is attached hereto as **Exhibit B**.

19. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

20. On or about September 3, 2024, Plaintiff, via counsel, notified the national CRAs directly, including Equifax, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Truist account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit C**.

21. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Truist to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22. In October 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Truist account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's October 2024 credit report is attached hereto as **Exhibit D**.

23. Upon information and belief, neither Equifax nor any other CRA notified Truist of the account dispute by Plaintiff in accordance with the FCRA. Alternatively, Equifax or another CRA did notify Truist of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

24. If Truist had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's Truist account would have been updated to reflect a settled status with a $0.00 balance.

25. Truist has promised through its subscriber agreements and/or contracts to accurately update accounts, yet Truist has willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA, which has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Truist account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

28. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**CAUSE OF ACTION**
**Fair Credit Reporting Act**

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

31. Truist is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32. Truist is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a.

33. Plaintiff notified the national CRAs directly, including Equifax, of a dispute regarding the Truist account's completeness and/or accuracy, as reported.

34. Truist failed to update Plaintiff's credit information and/or notify the CRAs that the Truist account in question was disputed in violation of 15 U.S.C. § 1681s-2(b).

35. Truist failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

36. Truist failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

37. Truist failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

38. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute as required by 15 U.S.C. § 1681i(a).

39. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the Truist account in question, thus violating 15 U.S.C. § 1681e(b).

40. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

41. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1) That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2) That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

3)  That judgment be entered against Defendants for punitive damages pursuant

to 15 U.S.C. § 1681n;

4)  That the Court award costs and reasonable attorneys' fees pursuant to 15

U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

5)  That the Court grant such other and further relief as may be just and proper.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: October 28, 2024

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: _/s/ John D. Harrell, Sr., Esquire_____
John D. Harrell, Sr., Esquire
SC Bar No.: 15789
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (866) 249-1137
Fax: (212) 412-9005
Email: John.H@gitmeidlaw.com
*Counsel for Plaintiff Geralyn Nichols*

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

# EXHIBIT A

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

## ACH Confirmation

### Item Information

Originator ABA▉0112
Receiver ABA: ▉2288
Individual Name: Geralyn Nichols
Individual ID No: ▉9001
Trace Number: ▉1353

Account Number: ▉7319
Transaction Code: 27
Amount: $200.00
Description: S

### Batch Information

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 464
Company ID: 6580466330
Effective Entry Date: 04/28/2023
Settlement Date: 05/01/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ████0112
Receiver ABA ████2288
Individual Name: Geralyn Nichols
Individual ID No: ████████9001
Trace Number: ████████5274

Account Number: ████████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 276
Company ID: 6580466330
Effective Entry Date: 05/26/2023
Settlement Date: 05/30/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ███ 0112
Receiver ABA: ███ 2288
Individual Name: Geralyn Nichols
Individual ID No: ████████ 9001
Trace Number ████████ 8703

Account Number ███████ 7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 419
Company ID: 6580466330
Effective Entry Date: 06/28/2023
Settlement Date: 06/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ____0112
Receiver ABA: ____2288
Individual Name: Geralyn Nichols
Individual ID No: ____9001
Trace Number ____0910

Account Number: ____7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 389
Company ID: 6580466330
Effective Entry Date: 07/28/2023
Settlement Date: 07/31/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ████0112
Receiver ABA: ████2288
Individual Name: Geralyn Nichols
Individual ID No: ████████9001
Trace Number: ██████████0045

Account Number: ████████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 425
Company ID: 6580466330
Effective Entry Date: 08/28/2023
Settlement Date: 08/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ████0112
Receiver ABA: ████2288
Individual Name: Geralyn Nichols
Individual ID No: ████9001
Trace Number: ████████5217

Account Number: ████████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 387
Company ID: 6580466330
Effective Entry Date: 09/28/2023
Settlement Date: 09/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

# EXHIBIT B

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

# Credit report

Provided by **EQUIFAX**

Report date: Jul 8, 2024



## Personal info

| Reported names | **Geralyn A Nichols** | Addresses | |
|---|---|---|---|
| | | | Date reported |
| DOB | | | |
| SSN | | | |

Employment info

## Account summary

ELECTRONICALLY FILED - 2024 Dec 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097



**TRUIST BANK**                                                                    $5,259.00
Reported: Jan 31, 2023                                                              ⊖ Closed

### Overview

You have 0% left to pay on this loan.

Balance: $5,259.00                              Highest balance:

### Payment history

You've made 85% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 |
| 2021 |    |    |    | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | |
|--|--|--|--|--|--|
| OK | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

Monthly Payment Amount                                              $0.00

Current Payment Status                                     Collection/Charge-off

Amount Past Due                                                  $5,259.00

### Account details

| | |
|--|--|
| Account Number | ▮▮▮▮▮▮▮9001 |
| Account Status | Charge Off |
| Open Date | May 21, 2021 |
| Last Activity | Dec 31, 2022 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Charged Off Account, Fixed Rate, Unsecured |
| Times 30/60/90 Days Late | 1/1/1 |
| Months Reviewed | 20 |
| Terms Count | 60 |
| Term Source Type | Provided |
| High Balance | |
| High Credit | |

### Creditor information

TRUIST BANK
PO BOX 1847
WILSON, NC 27894
(800) 226-5228

Account ID:
958bd700cac175840d85081711cf2520

# EXHIBIT C

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - McCORMICK - COMMON PLEAS - CASE#2024CP3500097



## The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

September 3, 2024

**VIA CERTIFIED MAIL**
Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Geralyn Nichols |
| Creditor: | Truist Bank |
| Account No.: | Ending in 9001 |
| SSN: | Ending in ███ |
| Address: | ███████████ |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Geralyn Nichols with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about March 20, 2023, Ms. Nichols and Truist Bank ("Truist") entered into a settlement agreement for the above-referenced account. A recording of the settlement agreement is available upon your request. Pursuant to the terms of the settlement, Ms. Nichols was required to make monthly payments totaling $2,200.00 to settle and close her Truist account. Ms. Nichols, via her debt settlement representative, timely made the requisite settlement payments. Proof of these payments are attached herein for your review.

However, nearly a year later, Ms. Nichols' account continues to be negatively reported. In particular, on a requested credit report dated July 8, 2024, Ms. Nichols' account was reported with a status of "Collection/Charge-off", a balance of $5,259.00 and a past due balance of $5,259.00. The relevant portion of Ms. Nichols' credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Caroline Zak
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Caroline.Z@gitmeidlaw.com
(866) 249-1137

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA████0112
Receiver ABA: ████2288
Individual Name: Geralyn Nichols
Individual ID No: ████████9001
Trace Number: ████████1353

Account Number: ████████7319
Transaction Code: 27
Amount: $200.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 464
Company ID: 6580466330
Effective Entry Date: 04/28/2023
Settlement Date: 05/01/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: █████0112
Receiver ABA █████2288
Individual Name: Geralyn Nichols
Individual ID No: █████████9001
Trace Number: ██████████5274

Account Number: ██████████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 276
Company ID: 6580466330
Effective Entry Date: 05/26/2023
Settlement Date: 05/30/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ▮0112
Receiver ABA: ▮2288
Individual Name: Geralyn Nichols
Individual ID No: ▮9001
Trace Number ▮8703

Account Number ▮7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 419
Company ID: 6580466330
Effective Entry Date: 06/28/2023
Settlement Date: 06/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ███0112
Receiver ABA: ███2288
Individual Name: Geralyn Nichols
Individual ID No: ███9001
Trace Number: ██████0910

Account Number: ███████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 389
Company ID: 6580466330
Effective Entry Date: 07/28/2023
Settlement Date: 07/31/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ████ 0112
Receiver ABA: ████ 2288
Individual Name: Geralyn Nichols
Individual ID No: ████████ 9001
Trace Number: ████████ 0045

Account Number: ████████ 7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 425
Company ID: 6580466330
Effective Entry Date: 08/28/2023
Settlement Date: 08/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**ACH Confirmation**

**Item Information**

Originator ABA: ██████0112
Receiver ABA: ██████2288
Individual Name: Geralyn Nichols
Individual ID No: ██████9001
Trace Number: ██████████5217

Account Number: ██████████7319
Transaction Code: 27
Amount: $400.00
Description: S

**Batch Information**

Company Name: TRUIST RCVR
Service Class: 200
SEC Code: TEL
Company Entry Description: TEL PYMT

Batch Number: 387
Company ID: 6580466330
Effective Entry Date: 09/28/2023
Settlement Date: 09/29/2023

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

## Credit report

Provided by EQUIFAX

Report date: Jul 8, 2024



## Personal info

| Reported names | **Geralyn A Nichols** | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |

## Account summary

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**TRUIST BANK**
Reported: Jan 31, 2023

$5,259.00
Closed

### Overview

You have 0% left to pay on this loan.

Balance: $5,259.00      Highest balance:

### Payment history

You've made 85% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 |
| 2021 | | | | | 30 | OK | OK | OK | OK | OK | OK | OK |

| | | | | | |
|---|---|---|---|---|---|
| OK | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $5,259.00 |

### Account details

| | |
|---|---|
| Account Number | ██████9001 |
| Account Status | Charge Off |
| Open Date | May 21, 2021 |
| Last Activity | Dec 31, 2022 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Charged Off Account, Fixed Rate, Unsecured |
| Times 30/60/90 Days Late | 1/1/1 |
| Months Reviewed | 20 |
| Terms Count | 60 |
| Term Source Type | Provided |
| High Balance | |
| High Credit | |

### Creditor information

TRUIST BANK
PO BOX 1847
WILSON, NC 27894
(800) 226-5228

Account ID:
958bd700cac175840d85081711cf2520

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

# EXHIBIT D

# Credit report

ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097



## Account summary



ELECTRONICALLY FILED - 2024 Oct 28 1:04 PM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097



| Bureau | | EQUIFAX | |
|---|---|---|---|
| Total count | | 2 | |
| Hide Details ⊖ | | Jan 31, 2023 | $5,259.00 TRUIST BANK |
| | | **Account details** | |
| | | Account Number | XXXX |
| | | Date Opened | May 21, 2021 |
| | | Last Activity | Dec 1, 2022 |

| | |
|---|---|
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | Charge Off |
| Type | Individual |
| High Balance | |
| Unpaid Balance | $5,259.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | No Data Available |
| Comments | Charged Off Account |

**Account details**

You've Made 94% Of Payments For This Account On Time.

| 2022 | Jan ✔ | Feb ✔ | Mar ✔ | Apr ✔ | May ✔ | Jun ✔ |
|---|---|---|---|---|---|---|
| | Jul ✔ | Aug ✔ | Sep ✔ | Oct 30 | Nov 60 | Dec 90 |
| 2021 | Jan N/A | Feb N/A | Mar N/A | Apr N/A | May ✔ | Jun ✔ |
| | Jul ✔ | Aug ✔ | Sep ✔ | Oct ✔ | Nov ✔ | Dec ✔ |
| 2020 | Jan N/A | Feb N/A | Mar N/A | Apr N/A | May N/A | Jun N/A |
| | Jul N/A | Aug N/A | Sep N/A | Oct N/A | Nov N/A | Dec N/A |
| 2019 | Jan N/A | Feb N/A | Mar N/A | Apr N/A | May N/A | Jun N/A |
| | Jul N/A | Aug N/A | Sep N/A | Oct N/A | Nov N/A | Dec N/A |
| 2018 | Jan | Feb | Mar | Apr | May | Jun |
| | Jul | Aug | Sep | Oct | Nov N/A | Dec N/A |

✔ Paid on time
30 30 days past due
60 60 days past due
90 90 days past due
120 120 days past due
150 150 days past due
BR Bankruptcy
RF Repossession or foreclosure
CC Collection or charge off
VS Voluntary surrender
N/A No data available

**Collection agency**

TRUIST BANK
PO BOX 849
WILSON, NC 27894
(336) 733-2000

Account ID:
958bd700cac175840d8508171 1cf2520



ELECTRONICALLY FILED - 2024 Nov 04 10:07 AM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097

**STATE OF SOUTH CAROLINA**　　　**IN THE COURT OF COMMON PLEAS**
**COUNTY OF MCCORMICK**　　　　　**ELEVENTH JUDICIAL DISTRICT**

GERALYN NICHOLS,

                 Plaintiff,

    v.

TRUIST BANK and
EQUIFAX INFORMATION SERVICES,
LLC,

                 Defendants.

Case No.: 2024CP3500097

## <u>AFFIDAVIT OF SERVICE</u>

    I, Frank O'Donnell, being duly sworn and deposed says that I am not a party to this action, am over eighteen (18) years old, and reside in Delaware. That on October 30, 2024, at 9:40 a.m., I personally served true copies of a Summons and Complaint with Exhibits upon **Equifax Information Services, LLC**, by serving the registered agent, Corporation Service Company at 251 Little Falls Drive, Wilmington, DE 19808.

Service was accepted by Lynanne Gares, Litigation Management Services Leader, authorized to accept service. Ms. Gares is a Caucasian female, 50 years old, 180 lbs., 5'6" with brown hair.



_____
Frank O'Donnell – Process Server
800 King Street, Suite 102
Wilmington, DE 19801

Sworn to me this 30th day of October, 2024.

_____
Notary Public

## AFFIDAVIT OF SERVICE

| Case: 2024CP3500097 | Court: In The State of South Carolina In The Court Of Common Pleas For The Eleventh Judicial Circuit | County: McCormick, SC | Job: 12073230 |
|---|---|---|---|
| Plaintiff / Petitioner: Geralyn Nichols | | Defendant / Respondent: Truist Bank and Equifax Information Services, LLC | |
| To be served upon: Truist Bank | | | |

I, Jennifer Adams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action. Below is the service information for the documents served:

**Recipient Name / Address:** Heather Hughes, Authorized Agent, c/o CSC In The Law Office of Hatch, Little, and Bunn: 2626 Glenwood Avenue Suite 550, Raleigh, NC 27608

**Manner of Service:** Registered Agent, Oct 31, 2024, 11:44 am EDT

**Documents:** Summons and Complaint (Jury Trial Demanded) with Exhibits A-D

**Additional Service Information:**

Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 250 lbs; Height: 5'6"; Hair: Brown

Jennifer Adams            Date    10/30/24

Diamond Eye Legal, LLC
PO BOX 121
Clayton, NC 27528
919-886-5001

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date 10/31/24        Commission Expires June 30, 2029



ELECTRONICALLY FILED - 2024 Nov 04 10:07 AM - MCCORMICK - COMMON PLEAS - CASE#2024CP3500097