IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| GERALYN NICHOLS,<br><br>                        Plaintiff,<br><br>– against–<br><br>TRUIST BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                        Defendants. | Case No.: 8:24-cv-06899-DCC<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff Geralyn Nichols ("Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal with Prejudice as to Equifax once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Equifax be excused from all future appearances and deadlines until this matter is dismissed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Thank you for your time and attention to this matter.

Dated: January 21, 2025

                                          Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

                */s/ John D. Harrell, Esquire*
_____
John D. Harrell, Esquire
Fed. I.D. No. 7278
180 Maiden Lane, 27th Floor, New York, NY 10038
Tel: (866) 249-1137
Fax: (212) 208-2591
Email: John.H@gitmeidlaw.com
*Counsel for Plaintiff Geralyn Nichols*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, a true and correct copy of the foregoing **Notice of Settlement as to Defendant Equifax Information Services, LLC** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

S. Sterling Laney, III,
Sterling.laney@wbd-us.com
John C. Hawk, IV,
John.Hawk@wbd-us.com
Jason D. Wyman
Jason.Wyman@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
550 South Main Street, Suite 400
Greenville, S.C. 29601
T: (864) 255-5400
F: (864) 255-5440
*Counsel for Truist Bank*

Rita Bolt Barker
Wyche PA (Gree)
200 E Broad Street
Suite 400
Greenville, SC 29601-2892
864-242-8235
Email: rbarker@wyche.com
*Counsel for Equifax Information Services, LLC*

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

*/s/ John D. Harrell, Esquire*

_____
John D. Harrell, Esquire
Fed. I.D. No. 7278
180 Maiden Lane, 27th Floor, New York, NY 10038
Tel: (866) 249-1137
Fax: (212) 208-2591
Email: John.H@gitmeidlaw.com
*Counsel for Plaintiff Geralyn Nichols*